# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 12CV3690

Date Filed: 7/26/2012

Plaintiff:
SARAH FAKHRUDIN, MONICA FAKHRUDIN, and SELMA FAKHRUDIN

vs.

Defendant:
OSI RESTAURANT PARTNERS, LLC, OS RESTAURANT SERVICES, INC D/B/A "OUTBACK STEAKHOUSE," and JAMES CONNOLLY

For:
William Phillips, Esq.
30 Broad Street
35th Floor
New York, NY 10004

Received by PHILLIPS & PHILLIPS on the 30th day of July, 2012 at 4:26 pm to be served on **JAMES CONNOLLY, 1067 OLD COUNTRY ROAD, WESTBURY, Nassau County, NY 11590**.

I, Brent Richardson, being duly sworn, depose and say that on the **1st day of August, 2012 at 5:23 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS AND COMPLAINT** with **GEORGE FIGUEIREDO, MANAGER**, at **1067 OLD COUNTRY ROAD, WESTBURY, Nassau County, NY 11590**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS AND COMPLAINT** in a postpaid envelope addressed to: **1067 OLD COUNTRY ROAD, WESTBURY, Nassau County, NY 11590** and bearing the words "Personal & Confidential" by First Class Mail on 8/2/2012 and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America, the State of New York, any other State in the U.S., or any other nation, as defined in the Service Members' Civil Relief Act of 1940, 50 U.S.C. Appx. § 521.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 240, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and sworn to before me on the 2nd day of August, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Notary Public, State of New York
No. 01LE6149851
Qualified in Kings County
My Commission Expires 7/7/14

Brent Richardson 8/2/12
1346943

PHILLIPS & PHILLIPS
30 Broad Street
35th Floor
New York, NY 10004
(212) 248-7431
Our Job Serial Number: BNP-2012002086

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

