UNITED STATES DISTRICT COURT  COUNTY OF

INDEX NO: cv 12-3690
FILED ON: July 26, 2012
DISTRICT: Eastern/New York

Sarah Fakhrudin et al

vs

OSI Restaurant Partners, LLC et al

Plaintiff(s)

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_Stephen L. Collen_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _August 21, 2012_, at _1:00pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _Summons and Complaint_, on _OS Restaurant Services, Inc._,

Defendant in this action, by delivering to and leaving with _Mary Beth Huyck_, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section _306 Business Corporation Law_.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by  ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _38 years_   Approx. weight: _125 lbs._   Approx. Ht.: _5' 3"_
Sex: _Female_   Color of skin: _White_   Color of hair: _Blonde_   Other: _____

Sworn to before me on _August 22, 2012_

_[signature]_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2014

_[signature]_
Stephen L. Collen

Invoice-Work Order # 1205079