UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SARAH FAKHRUDIN, MONICA FAKHRUDIN, and SELMA FAKHRUDIN,

         Plaintiffs,

-against-

OSI RESTAURANT PARTNERS, LLC,
OS RESTAURANT SERVICES, INC,
*d/b/a "Outback Steakhouse," and*
JAMES CONNOLY, *Individually,*

         Defendants.
-------------------------------------------------------------------X

Case No. 12-CV-3690
(DRH)(ETB)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

  **WHEREAS**, no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action;

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SARAH FAKHRUDIN, MONICA FAKHRUDIN, and SELMA FAKHRUDIN and Defendants OSI RESTAURANT PARTNERS, LLC, OS RESTAURANT SERVICES, INC., *d/b/a "Outback Steakhouse,"* and JAMES CONNOLY, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorney's or costs by the Court to any party.

For Plaintiffs:

PHILLIPS & ASSOCIATES, PLLC

  /s/
Alex Umansky, Esq.
Dated: April 19, 2013

For Defendants

THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.

  /s/
Marquis W. Heilig, Esq.
Dated: April 19, 2013

**SO ORDERED:**

_____
HON. DENIS R. HURLEY
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
_____, 2013